OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

U̲NITED S̲TATES C̲OURT OF A̲PPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



April 26, 2023

Robert A. Batista
BCG Attorney Search
1050 Connecticut Avenue NW
Suite 1000
Washington, DC 20036

Jonathan C. Bond
Gibson Dunn & Crutcher
1050 Connecticut Avenue NW
Washington, DC 20036

Reed Brodsky
Gibson Dunn & Crutcher
200 Park Avenue
47th Floor
New York, NY 10166

Monica K. Loseman
Gibson Dunn & Crutcher
1801 California Street
Suite 4200
Denver, CO 80202

Eugene Scalia
Gibson Dunn & Crutcher
1050 Connecticut Avenue NW
Washington, DC 20036

M. Christian Talley
BCG Attorney Search
1050 Connecticut Avenue NW
Suite 1000

Washington, DC 20036

Nicholas B. Venable
Gibson Dunn & Crutcher
1801 California Street
Suite 4200
Denver, CO 80202

RE: In re: In Re: Coinbase Inc
Case Number: 23-1779
District Court Case Number:

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**

**Effective December 15, 2008, the Court implemented the Electronic Case Files System. Accordingly, attorneys are required to file all documents electronically. See 3d Cir. L.A.R. 113 (2008) and the Court's CM/ECF website at www.ca3.uscourts.gov/cmecf-case-managementelectronic-case-files.**

To All Parties:

Enclosed is the case opening information regarding the above-captioned petition filed by **Coinbase Inc**, docketed at **No. 23-1779**. Any inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms and case information are available on our website at http://www.ca3.uscourts.gov. The petition was received on **April 26, 2023.**

The docketing fee of $500.00 was received on **April 26, 2023**. Receipt No. A03-64033-735

The petition will be forwarded to the Court for disposition. The parties will be advised

when an order is entered by the Court either denying the petition or directing that a response be filed.

Counsel for Petitioner must file:
1. Application for Admission (if applicable);
2. Appearance Form
3. Disclosure Statement (except governmental entities)
These forms must be filed **within fourteen (14) days of the date of this letter**.

Counsel for Respondent(s) must file:
1. Application for Admission (if applicable);
2. Appearance Form
3. Disclosure Statement (except governmental entities)
These forms must be filed **within fourteen (14) days of the date of this letter**.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

s/ pdb Case Manager 267-299-4943

cc:

Office of the General Counsel