IN RE: COINBASE INC.,

                        Petitioner