No. 23-1779

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

IN RE COINBASE, INC.,
*Petitioner,*

---

On Petition for a Writ of Mandamus
to the United State Securities and Exchange Commission

---

UNCONTESTED MOTION OF THE CRYPTO COUNCIL FOR INNOVATION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PETITIONER

---

Michelle S. Kallen
Laurel Loomis Rimon
JENNER & BLOCK LLP
1099 New York Avenue NW,
Ste 900
Washington, DC, 20001-4412
Telephone: 202-639-6000
MKallen@jenner.com
LRimon@jenner.com

Jeremy M. Creelan
Kayvan B. Sadeghi
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036-2711
Telephone: 212-891-1600
JCreelan@jenner.com
KSadeghi@jenner.com

Kimberly M. Castle
JENNER & BLOCK LLP
455 Market Street, Ste 2100
San Francisco, CA 94105-2453
Telephone: 628-267-6800
KCastle@jenner.com

*Counsel for Amicus Curiae*

Movant, the Crypto Counsel for Innovation (CCI), hereby requests leave under Federal Rule of Appellate Procedure 29(a)(3) to file an amicus curiae brief in support of Petitioner. No party contested CCI's request to file an amicus curiae brief. The proposed brief is filed separately from this motion. In support of its motion, amicus CCI states as follows:

1.  CCI requested consent to file its amicus curiae brief by email sent to counsel for both Coinbase, Inc. and the Securities and Exchange Commission. No party contested CCI's request to file an amicus curiae brief.

2.  CCI is an alliance of industry leaders with a mission to communicate the opportunities presented by digital assets and demonstrate the technology's transformational potential. CCI members span the digital assets ecosystem; its membership includes nine of the leading global companies and investors operating in the industry. *See* Crypto Council for Innovation, *The Alliance*, https://tinyurl.com/bde699am (last visited May 8, 2023). CCI's members share the goal of encouraging responsible global regulation of digital assets to unlock economic potential, improve lives, foster

financial inclusion, protect national security, and combat illicit activity. CCI believes that achieving these goals requires informed, evidence-based policy decisions realized through collaborative engagement with regulators and industry.

3. CCI has a strong interest in this action arising from harm to its members and to the broader digital asset industry caused by the Securities and Exchange Commission's pattern of enforcement without providing a viable path to compliance.

WHEREFORE, movant respectfully requests leave to file its proposed amicus curiae brief.

| | |
|---|---|
| May 10, 2023 | Respectfully submitted, |
| | /s/ Michelle S. Kallen |
| | Michelle S. Kallen (Bar No. 1030497) |
| | JENNER & BLOCK LLP |
| | 1099 New York Avenue NW, Ste 900 |
| | Washington, DC, 20001-4412 |
| | Telephone: (202) 639-6000 |
| | MKallen@jenner.com |
| | *Counsel for Amicus Curiae* |

# COMBINED CERTIFICATIONS

### Certificate of Compliance

    I hereby certify that this motion complies with the typeface and volume limitations of Fed. R. App. P. 27(d) because it contains 254 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(d)(2) and 32(f), and because the motion has been prepared in a proportionally spaced typeface using 14-point Century.

### Electronic Document Certificate

    The motion was scanned for viruses using Palo Alto WildFire antivirus software and no viruses were detected.

### Certificate of Bar Admission

    Pursuant to Third Circuit Local Appellate Rule 28.3(d), I certify that I am a member of the bar of the United States Court of Appeals for the Third Circuit.

### Certificate of Service

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system on May 10, 2023. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

    */s/ Michelle S. Kallen*
    Michelle S. Kallen