UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BCO-067

No. 23-1779

IN RE: COINBASE INC.,
Petitioner

Present:  KRAUSE, PORTER, and CHUNG, Circuit Judges

1. Motion by Chamber of Commerce of the United States of America to Proceed as Amicus on the Merits in Support of Petitioner, to file Brief in Support of Petitioner Out of Time

2. Motion by Paradigm Operations LP to Proceed as Amicus on the Merits in Support of Petitioner

3. Motion by Investor Choice Advocates Network to Proceed as Amicus on the Merits in Support of Petitioner

4. Motion by Crypto Council for Innovation to Proceed as Amicus on the Merits in Support of Petitioner

Respectfully,
Clerk/pdb

_____ORDER_____
The foregoing motions are hereby GRANTED.

By the Court,

s/Cheryl Ann Krause
Circuit Judge

Dated: May 11, 2023
PDB/cc: All Counsel of Record