UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BCO-067

No. 23-1779

IN RE: COINBASE, INC.,
Petitioner

Present: KRAUSE, PORTER and CHUNG, Circuit Judges

1. Petition by Coinbase, Inc. for Writ of Mandamus to the United States Securities and Exchange Commission;

2. Response Brief in Opposition by the United States Securities and Exchange Commission to Petition for Writ of Mandamus;

3. Reply by Coinbase, Inc. in Support of Petition for Writ of Mandamus.

Respectfully,
Clerk/pdb

_____ORDER_____

In view of the United States Securities and Exchange Commission's June 13, 2023 submission, indicating that the staff expects to submit its final recommendation to the Commission on Coinbase's petition for rulemaking within 120 days, this Court will retain jurisdiction but will not rule at this time on Coinbase's Petition for Writ of Mandamus. The SEC shall update the Court on its status on October 11, 2023.

By the Court,

s/ Cheryl Ann Krause
Circuit Judge

Dated: June 20, 2023
PDB/cc: All Counsel of Record