

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 F Street, N.E.
Washington, D.C. 20549

**OFFICE OF THE**
**GENERAL COUNSEL**

October 11, 2023

Patricia S. Dodszuweit
Clerk of Court
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

*Via ECF*

**Re:**   *In re Coinbase, Inc.*, **No. 23-1779**

Dear Ms. Dodszuweit,

Counsel for the Securities and Exchange Commission submit this update in response to the Court's June 20, 2023 order.

In April 2023, Coinbase filed a petition for writ of mandamus, seeking to compel the Commission to act on Coinbase's July 2022 rulemaking petition within seven days. Doc. 1. The Commission filed a response (Doc. 26) and Coinbase filed a reply (Doc. 27). Thereafter, in response to the Court's order (Doc. 28), counsel for the Commission submitted a letter addressing the status of Coinbase's rulemaking petition, explaining that "[u]nder current circumstances, the staff anticipates that it will be in a position to make a recommendation to the Commission regarding Coinbase's [rulemaking] petition within 120 days," and that

"[s]hould the Court be disinclined to deny the mandamus petition at this time, counsel for the Commission can provide the Court with a status report at the expiration of that period, by October 11, 2023." Doc. 30. On June 20, 2023, the Court stated that it would "retain jurisdiction but will not rule at this time" on the mandamus petition and ordered the Commission to "update the Court on [the] status [of the rulemaking petition] on October 11, 2023." Doc. 32.

On October 10, 2023, Commission staff provided a recommendation to the Commission for its consideration regarding Coinbase's rulemaking petition.

Sincerely,

| | |
|---|---|
| MEGAN BARBERO<br>General Counsel | DAVID D. LISITZA<br>Senior Appellate Counsel |
| MICHAEL A. CONLEY<br>Solicitor | /s/ *Ezekiel L. Hill*<br>EZEKIEL L. HILL<br>Appellate Counsel |
| TRACEY A. HARDIN<br>Assistant General Counsel | Securities and Exchange Commission<br>100 F Street, N.E.<br>Washington, D.C. 20549<br>202-551-7724 (Hill)<br>hillez@sec.gov |

cc:   Counsel of record (via ECF)