UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BCO-067

No. 23-1779

IN RE: COINBASE, INC.,
Petitioner

Present: KRAUSE, PORTER and CHUNG, Circuit Judges

1. Petition by Coinbase, Inc., for Writ of Mandamus to the U.S. Securities and Exchange Commission;
2. Brief by Amicus Curiae Chamber of Commerce of the United States of America in Support of Petitioner;
3. Brief by Amicus Curiae Crypto Council for Innovation in Support of Petitioner;
4. Brief by Amicus Curiae Paradigm Operations LP in Support of Petitioner;
5. Brief by Amicus Curiae Investor Choice Advocates Network in Support of Petitioner;
6. Answer by Respondent U.S. Securities and Exchange Commission to Petition for Writ of Mandamus;
7. Petitioner's Reply in Support of Petition for Writ of Mandamus;
8. Respondent's Letter in Response to Court's June 6, 2023, Order;
9. Petitioner's Letter in Response to Respondent's Letter;
10. Respondent's Status-Report Letter;
11. Petitioner's Response to Respondent's Status-Report Letter;
12. Respondent's Letter;
13. Petitioner's Response;
13. Respondent's Letter Notifying Court That SEC Denied Rulemaking Petition, Arguing Petition Is Moot;
14. Petitioner's Letter Regarding Denial of Rulemaking Petition.

Respectfully,
Clerk/pdb

_____ORDER_____

The foregoing petition for a writ of mandamus is DISMISSED as moot.

By the Court,

s/ Cheryl Ann Krause
Circuit Judge

Dated: December 18, 2023
PBD/clw/cc: Jonathan C. Bond, Esq.
        D. Nicholas Harper, Esq.
        Eugene Scalia, Esq.
        Tracey Hardin, Esq.
        Ezekiel L. Hill, Esq.
        David D. Lisitza, Esq.
        Daniel T. Young, Esq.
        Jeremy M. Creelan, Esq.
        Michelle Kallen, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk