OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

December 18, 2023

RE: In re: Coinbase Inc
Case Number: 23-1779
District Court Case Number:

Dear Clerk:

Enclosed please find copies of the following filed today in the above-entitled case:

1. Certified copy of the order dismissing the issuance of a writ of mandamus.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/Pamela/clw
Case Manager
267-299-4943

　Jonathan C. Bond, Esq.
　Jeremy M. Creelan, Esq.
　Tracey Hardin, Esq.
　D. Nicholas Harper, Esq.
　Ezekiel L. Hill, Esq.
　Michelle Kallen, Esq.
　David D. Lisitza, Esq.
　Eugene Scalia, Esq.
　Daniel T. Young, Esq.